UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-113-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| BYRON RENE BENAVIDES-CAMPOS | ) | |

The United States of America, through its United States Attorney for the Eastern District of North Carolina, hereby respectfully moves to dismiss the Indictment in this action. In support of this request the government respectfully shows unto this Honorable Court as follows:

On May 27, 2021, the defendant was placed on the Pretrial Diversion Program for a period of 12 months. [D.E. 26]. The defendant has completed compliance with the conditions of his Pretrial Diversion Agreement. There is no evidence of any further criminal conduct.

Therefore, the United States of America respectfully requests that the Indictment in this action be dismissed without prejudice.

Respectfully submitted this the 31st day of May, 2022.

MICHAEL F. EASLEY, JR.
United States Attorney

/s/ Bradford M. DeVoe
BRADFORD M. DEVOE
Assistant United States Attorney
Criminal Division
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
E-mail: bradford.devoe@usdoj.gov
NC Bar Number 0032651

CERTIFICATE OF SERVICE

This is to certify that I have this 31st day of May 2022, served a copy of the foregoing upon the defendant's attorney in this action by electronic filing system addressed as follows:

James E. Todd, Jr.
Defense Counsel

/s/ Bradford M. DeVoe
BRADFORD M. DEVOE
Assistant United States Attorney
Criminal Division